| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) BEETLESTONE, WENDY | 2. Court or Organization U.S. DISTRICT COURT - EDPA | 3. Date of Report 06/16/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) [✓] Nomination    Date 6/16/2014 [ ] Initial    [ ] Annual    [ ] Final  5b. [ ] Amended Report | 6. Reporting Period 01/01/2013 to 6/10/2014 |
| 7. Chambers or Office Address ONE LOGAN SQUARE, 27TH FLOOR PHILADELPHIA, PA 19129 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SHAREHOLDER | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| 2. | MEMBER | STATE BOARD OF EDUCATION, COMMONWEALTH OF PA (COUNCIL FOR HIGHER EDUCATION) |
| 3. | MEMBER | STATE BOARD FOR VOCATIONAL EDUCATION, COMMONWEALTH OF PA |
| 4. | BOARD OF TRUSTEES | PHILADELPHIA UNIVERSITY |
| 5. | BOARD OF TRUSTEES | PHILADELPHIA BAR FOUNDATION |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER - SALARY | $51,977.00 |
| 2. | 2013 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER - SALARY | $547,535.00 |
| 3. | 2012 | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER - SALARY | $425,072.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | SELF-EMPLOYED PHYSICIAN |
| 2. | 2014 | OPPENHEIMER & CO, INC - PENSION |
| 3. | 2014 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION - PENSION |
| 4. | 2014 | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA - SALARY |
| 5. | 2013 | OPPENHEIMER & CO, INC - PENSION |
| 6. | 2013 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION - PENSION |
| 7. | 2013 | THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA - SALARY |
| 8. | 2013 | SELF-EMPLOYED PHYSICIAN |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |

4.

5.

# FINANCIAL DISCLOSURE REPORT
Page 3 of 21

Name of Person Reporting

BEETLESTONE, WENDY

Date of Report

06/16/2014

# V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO - CASH ACCOUNT | A | Int./Div. | K | T | | | | | |
| 2. PNC BANK CASH ACCOUNTS | A | Int./Div. | M | T | | | | | |
| 3. HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER CAPITAL ACCOUNT | A | Int./Div. | K | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 | | None | | | | | | | |
| 5. -ADVANTAGE BANK ACCOUNTS | A | Dividend | N | T | | | | | |
| 6. -AKZO NOBEL N.V.(ADR) | A | Int./Div. | K | T | | | | | |
| 7. -AMERICAN MOVIL S.A.B. DE C.V. (ADR) | A | Dividend | K | T | | | | | |
| 8. -AQUA AMERICA INC | A | Dividend | J | T | | | | | |
| 9. -BOEING CO. | A | Dividend | J | T | | | | | |
| 10. -BP PLC (ADR) | A | Dividend | J | T | | | | | |
| 11. -CHEVRON CORP | B | Dividend | K | T | | | | | |
| 12. -ENI SPA (ADR) | B | Dividend | K | T | | | | | |
| 13. -EXXON MOBIL CORP | B | Dividend | K | T | | | | | |
| 14. -GENERAL ELECTRIC CO. | A | Dividend | K | T | | | | | |
| 15. -INTEL CORP | A | Dividend | J | T | | | | | |
| 16. -ISHARES MSCI SOUTH AFRICA INDEX ETF | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br>(1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br>(1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. -KONINKLIJKE PHILIPS NV (ADR) | A | Dividend | J | T | | | | | |
| 18. -MARATHON OIL CORP | A | Dividend | K | T | | | | | |
| 19. -MARATHON PETROLEUM CORP | A | Dividend | K | T | | | | | |
| 20. -OCCIDENTAL PETROLEUM CORP | B | Dividend | L | T | | | | | |
| 21. -QUALCOMM INC. | A | Dividend | J | T | | | | | |
| 22. -RIO TINTO PLC (ADR) | A | Dividend | K | T | | | | | |
| 23. -SANDISK CORP | A | Dividend | J | T | | | | | |
| 24. -SANTO LIMITED (ADR) | A | Dividend | J | T | | | | | |
| 25. -SIEMENS AG (ADR) | A | Dividend | J | T | | | | | |
| 26. -SOUTHERN COPPER CORP. | A | Dividend | J | T | | | | | |
| 27. -TEXAS INSTRUMENTS INC. | A | Dividend | J | T | | | | | |
| 28. -TOTAL SA (ADR) | B | Dividend | K | T | | | | | |
| 29. -VERIZON COMM. | A | Dividend | J | T | | | | | |
| 30. -WOODSIDE PETROLEUM LTD | B | Dividend | K | T | | | | | |
| 31. BROKERAGE ACCOUNT #2 | | None | | | | | | | |
| 32. -ALLIANCE RES PART LP UT LTD | A | Dividend | L | T | | | | | |
| 33. -ATLAS ENERGY LP | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -ATLAS RESOURCES PART LP | A | Dividend | J | T | | | | | |
| 35. -ADVANTAGE BANK ACCOUNTS | A | Dividend | M | T | | | | | |
| 36. -AMERICAN WATER WORKS CO. | A | Dividend | K | T | | | | | |
| 37. -ANADARKO PETROLEUM CORP | A | Dividend | K | T | | | | | |
| 38. -ANGLO AMERICAN PLC (ADR) | A | Dividend | J | T | | | | | |
| 39. -APACHE CORP | A | Dividend | K | T | | | | | |
| 40. -ARCH COAL INC | A | Dividend | J | T | | | | | |
| 41. -BARRICK GOLD CORP. | A | Dividend | J | T | | | | | |
| 42. -BHP BILLITON LTD (ADR) | B | Dividend | K | T | | | | | |
| 43. -BOEING CO. | A | Dividend | K | T | | | | | |
| 44. -BP PLC (ADR) | D | Dividend | M | T | | | | | |
| 45. -BOARDWALK PIPELINE PART LP | A | Distribution | J | T | | | | | |
| 46. -BREITBURN ENERGY PART LP | A | Dividend | J | T | | | | | |
| 47. -BUCKEYE PART LP | B | Distribution | K | T | | | | | |
| 48. -CALIFORNIA WATER SERVICE GROUP | A | Dividend | K | T | | | | | |
| 49. -CANADIAN NATURAL RESOURCES LTD | A | Dividend | J | T | | | | | |
| 50. -CARRIZO OIL & GAS INC | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. -CHESAPEAKE ENERGY CORP | A | Dividend | J | T | | | | | |
| 52. -CHEVRON CORP | D | Dividend | M | T | | | | | |
| 53. -CHINA PETROLEUM & CHEMICAL CORP (ADR) | B | Dividend | K | T | | | | | |
| 54. -CNOOC LTD (ADR) | B | Dividend | L | T | | | | | |
| 55. -COMPANIA DE MINAS BUENAVENTURA S.A.A. | A | Dividend | J | T | | | | | |
| 56. -CONOCO PHILLIPS | D | Dividend | M | T | | | | | |
| 57. -CPFL ENERGIA S.A. (ADR) | A | Dividend | K | T | | | | | |
| 58. -CRESTWOOD EQUITY PARTNERS LP | A | Distribution | J | T | | | | | |
| 59. -CRESTWOOD MIDSTREAM PART LP | A | Distribution | J | T | | | | | |
| 60. -DCP MIDSTREAM PARL LP | A | Dividend | K | T | | | | | |
| 61. - DUPONT EI DE NEMOURS & CO | A | Dividend | J | T | | | | | |
| 62. -ECOPETROL S.A. (ADR) | A | Dividend | J | T | | | | | |
| 63. -EV ENERGY PART LP | A | Dividend | K | T | | | | | |
| 64. -ENBRIDGE ENERGY PART LP | A | Dividend | K | T | | | | | |
| 65. -ENERGY TRANSFER PART LP | A | Dividend | K | T | | | | | |
| 66. -ENERGY TRANSFER EQUITY LP | C | Distribution | K | T | | | | | |
| 67. -ENTERPRISE PRODUCTS PARTNERS, LP | C | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -ENBRIDGE INC. | A | Dividend | J | T | | | | | |
| 69. -ENERPLUS CORP | A | Dividend | J | T | | | | | |
| 70. -ENI SPA (ADR) | D | Dividend | M | T | | | | | |
| 71. -EXXON MOBIL CORP. | D | Dividend | N | T | | | | | |
| 72. -FIRST QUANTUM MINERAL LTD. | A | Dividend | J | T | | | | | |
| 73. -FREEPORT MCMORAN COPPER & GOLD INC. | A | Dividend | J | T | | | | | |
| 74. -GAZPROM OAO (ADR) | A | Dividend | K | T | | | | | |
| 75. -GENERAL ELECTRIC CO. | A | Dividend | J | T | | | | | |
| 76. -GENESIS ENERGY LP | A | Dividend | K | T | | | | | |
| 77. -GLENCORE XSTRATA PLC | A | Dividend | K | T | | | | | |
| 78. -GOLDCORP INC | A | Dividend | J | T | | | | | |
| 79. -HARMONY GOLD MININ CO. (ADR) | A | Dividend | J | T | | | | | |
| 80. -HESS CORP. | B | Dividend | M | T | | | | | |
| 81. -HOLLY ENERGY PART LP | A | Distribution | J | T | | | | | |
| 82. -HUNTINGTON INGALLS INDUSTRIES, INC | A | Dividend | J | T | | | | | |
| 83. -HUSKY ENERGY, INC | A | Dividend | J | T | | | | | |
| 84. -LYNAS CORP LTD SPON ADR | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |



## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -LUNDIN MINING CORP | | None | J | T | | | | | |
| 86. -INTEL CORP | A | Dividend | J | T | | | | | |
| 87. -ISHARES MSCI SOUTH KOREA INDEX FUND (ETF) | A | Dividend | J | T | | | | | |
| 88. -JP MORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 89. -KINDER MORGAN ENERGY PARTNERS, LP | B | Dividend | L | T | | | | | |
| 90. -LEGACY RESERVES, LP | A | Distribution | J | T | | | | | |
| 91. -LINN ENERGY LLC | B | Distribution | K | T | | | | | |
| 92. -LINNCO LLC | A | Dividend | J | T | | | | | |
| 93. -MAGELLAN MIDSTREAM PARNERS, LP | B | Distribution | L | T | | | | | |
| 94. -MARATHON OIL CORP. | B | Dividend | M | T | | | | | |
| 95. -MARATHON PETROLEUM CORP. | C | Dividend | M | T | | | | | |
| 96. -MARKETWEST ENERGY PARTNERS, LP | B | Distribution | K | T | | | | | |
| 97. -MIDDLESEX WATER, CO | A | Dividend | J | T | | | | | |
| 98. -MURPHY OIL CORP | A | Dividend | J | T | | | | | |
| 99. -MURPHY USA INC. | A | Distribution | J | T | | | | | |
| 100. -NATIONAL GRID PLC (ADR) | B | Dividend | K | T | | | | | |
| 101. -NATIONAL OILWELL VARCO INC. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -NEWCREST MINING LTD (ADR) | A | Dividend | J | T | | | | | |
| 103. -NEWMONT MINING CORP | A | Dividend | J | T | | | | | |
| 104. -NORTHROP GRUMMAN CORP | A | Dividend | K | T | | | | | |
| 105. -NOW INC | A | Dividend | J | T | | | | | |
| 106. -NUCOR CORP | A | Dividend | J | T | | | | | |
| 107. -NUSTAR ENERGY, LP | A | Distribution | J | T | | | | | |
| 108. -OCCIDENTAL PETROLEUM CORP | C | Dividend | M | T | | | | | |
| 109. -OIL CO LUKOIL SPON ADR | A | Dividend | J | T | | | | | |
| 110. -OCEANEERING INTERNATION INC | A | Dividend | K | T | | | | | |
| 111. -OJSC OC ROSNEFT (GDR) | B | Dividend | K | T | | | | | |
| 112. -OMV AG (ADR) | A | Dividend | J | T | | | | | |
| 113. -ONEOK PARTNERS, LP | A | Distribution | L | T | | | | | |
| 114. -OSCIENT PHARMACEUTICAL CORP | | None | J | T | | | | | |
| 115. -PAN AMERICAN SILVER CORP | A | Dividend | J | T | | | | | |
| 116. -PEABODY ENERGY CORP | A | Dividend | J | T | | | | | |
| 117. -PETROCHINA CO LTD (ADR) | B | Dividend | K | T | | | | | |
| 118. -PETROLEO BRASILEIRO S.A. PETROBRAS (ADR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 119. -PETROLEO BRASILEIRO PETROBR SPON ADR | A | Dividend | J | T | | | | | |
| 120. -PHILLIPS 66 | B | Dividend | M | T | | | | | |
| 121. -PIONEER NATURAL RESOURCES | A | Distribution | J | T | | | | | |
| 122. -PLAINS ALL AMERICAN PIPELINE, LP | B | Distribution | L | T | | | | | |
| 123. -POLSKI KONCERN NAFTOWY ORIENTL SPON ADR | A | Dividend | J | T | | | | | |
| 124. -QEP RESOURCES INC. | A | Dividend | J | T | | | | | |
| 125. -RANDGOLD RESOURCES LTD (ADR) | A | Dividend | J | T | | | | | |
| 126. -REGENCY ENERGY PARTNERS, LP | B | Distribution | K | T | | | | | |
| 127. -RELIANCE INDUSTRIES LTD (GDR) | A | Dividend | J | T | | | | | |
| 128. -REPSOL S.A. (ADR) | B | Dividend | L | T | | | | | |
| 129. -RIO TINTO PLC (ADR) | B | Dividend | K | T | | | | | |
| 130. -ROYAL DUTCH SHELL PLC (ADR) B | C | Dividend | K | T | | | | | |
| 131. -ROYAL DUTCH SHELL PLC SPON ADR A | A | Dividend | N | T | | | | | |
| 132. -SANTOS LIMITED (ADR) | A | Dividend | J | T | | | | | |
| 133. -SASOL LIMITED (ADR) | D | Dividend | M | T | | | | | |
| 134. -SCHLUMBERGER LTD | A | Dividend | K | T | | | | | |
| 135. -SCHNITZER STELL INDUSTRIES | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -SIEMENS AG (ADR) | B | Dividend | K | T | | | | | |
| 137. -SILVER WHEATON CORP | A | Dividend | J | T | | | | | |
| 138. -SINOPEC SHANGHAI PETROCHEMICAL CO (ADR) | A | Dividend | J | T | | | | | |
| 139. -SOUTHERN COPPER CORP. | A | Dividend | K | T | | | | | |
| 140. -SPECTRA ENERGY PARTNERS, LP | A | Distribution | J | T | | | | | |
| 141. -SUBURBAN PROPANE PARTNERS, LP | A | Distribution | J | T | | | | | |
| 142. -TALISMAN ENERGY INC. | A | Dividend | J | T | | | | | |
| 143. -TARGA RESOURCES PARTNERS, LP | B | Distribution | K | T | | | | | |
| 144. -TATA MOTORS LTD (ADR) | A | Dividend | J | T | | | | | |
| 145. -TC PIPELINE, LP | A | Distribution | J | T | | | | | |
| 146. -TECK RESOURCES, LTD | A | Dividend | J | T | | | | | |
| 147. -TECO ENERGY INC | A | Dividend | J | T | | | | | |
| 148. -TEMPLETON EMERGING MARKETS INCOME FUND | A | Dividend | J | T | | | | | |
| 149. -TENARIS S.A. (ADR) | A | Dividend | J | T | | | | | |
| 150. -THE INDIA FUND, INC | B | Dividend | K | T | | | | | |
| 151. -TRANSCANADA CORP. | B | Dividend | K | T | | | | | |
| 152. -TRANSMONTAIGNE PARTNERS, LP | A | Dividend | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 14 of 21

Name of Person Reporting

BEETLESTONE, WENDY

Date of Report

06/16/2014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 153. -TURQUOISE HILL RESOURCES LTD | | None | J | T | | | | | |
| 154. -VANGUARD NATURAL RESOURCES LLC | A | Dividend | K | T | | | | | |
| 155. IRA #1 | C | Distribution | M | T | | | | | |
| 156. -ADVANTAGE BANK ACCOUNTS | | | | | | | | | |
| 157. -FIRST EAGLE GLOBAL FUND | | | | | | | | | |
| 158. TRUST #1 | A | Int./Div. | O | T | | | | | |
| 159. -ADVANTAGE BANK ACCOUNTS | | | | | | | | | |
| 160. -AMAZON INC | | | | | | | | | |
| 161. -AMERICAN EXPRESS CO | | | | | | | | | |
| 162. -CA INC | | | | | | | | | |
| 163. -CATERPILLAR INC | | | | | | | | | |
| 164. -CHUBB CORP | | | | | | | | | |
| 165. -COCA COLA CO | | | | | | | | | |
| 166. -COMCAST CORP | | | | | | | | | |
| 167. -DIRECTV | | | | | | | | | |
| 168. -DISCOVER COMM NEW COM SER A | | | | | | | | | |
| 169. -DISCOVER COMM NEW COM SER C | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -E.I. DUPONT DE NEMOURS & CO. | | | | | | | | | |
| 171. -EBAY INC. | | | | | | | | | |
| 172. -EMERSON ELECTRIC CO | | | | | | | | | |
| 173. -ENI SPA (ADR) | | | | | | | | | |
| 174. -EXPEDIA INC | | | | | | | | | |
| 175. -EXXON MOBIL CORP | | | | | | | | | |
| 176. -GAZPROM OAO (ADR) | | | | | | | | | |
| 177. -GENERAL ELECTRIC CO | | | | | | | | | |
| 178. -HESS CORP | | | | | | | | | |
| 179. -IMPERIAL OIL LTD | | | | | | | | | |
| 180. -INTEL CORP | | | | | | | | | |
| 181. -JP MORGAN CHASE & CO | | | | | | | | | |
| 182. -KIMBERLY CLARK CORP | | | | | | | | | |
| 183. -KRAFT FOODS GROUP INC | | , | | | | | | | |
| 184. -LIBERTY INTERACTIVE CORP | | | | | | | | | |
| 185. -LIBERTY MEDIA CORP | | | | | | | | | |
| 186. -MICROSOFT CORP | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 187. -MONDELEZ INC | | | | | | | | | |
| 188. -NEWS CORP | | | | | | | | | |
| 189. -OCCIDENTAL PETROLEUM CORP | | | | | | | | | |
| 190. -PALL CORP | | | | | | | | | |
| 191. -PEPSICO INC | | | | | | | | | |
| 192. -PROCTOR & GAMBLE CO | | | | | | | | | |
| 193. -RAYTHON CO. | | | | | | | | | |
| 194. -REPSOL S.A. (ADR) | | | | | | | | | |
| 195. -RIO TINTO PLC (ADR) | | | | | | | | | |
| 196. -ROYAL DUTCH SHELL PLC (ADR) | | | | | | | | | |
| 197. -SANTOS LTD (ADR) | | | | | | | | | |
| 198. -SOUTHERN COPPER CORP | | | | | | | | | |
| 199. -TAIWAN SEMICONDUCTOR MANUFACTURING CO. LTD (ADR) | | | | | | | | | |
| 200. -TEXAS INSTRUMENTS INC | | | | | | | | | |
| 201. -TIME INC NEW | | | | | | | | | |
| 202. -TIME WARNER INC | | | | | | | | | |
| 203. -TOTAL S.A. (ADR) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 21

Name of Person Reporting

BEETLESTONE, WENDY

Date of Report

06/16/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. -TWENTY-FIRST CENTURY FOX INC | | | | | | | | | |
| 205. -WAL-MART STORES, INC | | | | | | | | | |
| 206. -WALT DISNEY CO | | | | | | | | | |
| 207. -WEYERHAEUSER CO | | | | | | | | | |
| 208. TRUST #2 | D | Int./Div. | N | T | | | | | |
| 209. -ADVANTAGE BANK ACCOUNTS | | | | | | | | | |
| 210. -CHEVRON CORP | | | | | | | | | |
| 211. -CONOCO PHILLIPS | | | | | | | | | |
| 212. -ENI SPA (ADR) | | | | | | | | | |
| 213. -EXXON MOBIL CORP | | | | | | | | | |
| 214. -FREEPORT MCMORAN COPPER & GOLD INC | | | | | | | | | |
| 215. -HESS CORP | | | | | | | | | |
| 216. -IMPERIAL OIL LTD | | | | | | | | | |
| 217. -MARATHON OIL CORP | | | | | | | | | |
| 218. -MARATHON PETROLEUM CORP | | | | | | | | | |
| 219. -OCCIDENTAL PETROLEUM CORP | | | | | | | | | |
| 220. -PHILLIPS 66 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. -RELIANCE INFRASTRUCTURE LTD (GDR) | | | | | | | | | |
| 222. -ROYAL DUTCH SHELL PLC (ADR) | | | | | | | | | |
| 223. -SASOL LIMITED (ADR) | | | | | | | | | |
| 224. -TOTAL S.A. (ADR) | | | | | | | | | |
| 225. 401(k) #1 | A | Int./Div. | O | T | | | | | |
| 226. -ALGER SMID CAP GROWTH FUND | | | | | | | | | |
| 227. -EATON VANCE ATLANTA CAP SMID - CAP FUND | | | | | | | | | |
| 228. -FIDELITY CASH RESERVES | | | | | | | | | |
| 229. -FIDELITY CONTRAFUND | | | | | | | | | |
| 230. -FIRST EAGLE OVERSEAS FUND | | | | | | | | | |
| 231. -HARDING LOEVNER INTERNATIONAL EQUITY PORFOLIO | | | | | | | | | |
| 232. -JP MORGAN INCOME BUILDER FUND | | | | | | | | | |
| 233. -LOOMIS SAYLES BOND FUND | | | | | | | | | |
| 234. -MUTUAL GLOBAL DISCOVERY FUND | | | | | | | | | |
| 235. -SPDR S&P DIVIDEND ETF | | | | | | | | | |
| 236. 403(b) #1 | A | Int./Div. | O | T | | | | | |
| 237. -VANGUARD WELLINGTON FUND | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BEETLESTONE, WENDY | 06/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. -VANGUARD PRIMECAP FUND | | | | | | | | | |
| 239. -VANGUARD TARGET RETIREMENT 2025 FUND | | | | | | | | | |
| 240. 403(b) #2 | A | Int./Div. | P1 | T | | | | | |
| 241. -CREF STOCK | | | | | | | | | |
| 242. -TIAA TRADITIONAL | | | | | | | | | |
| 243. -CREF GLOBAL EQUITITIES | | | | | | | | | |
| 244. -TIAA-CREF INTERNATIONAL EQUITY FUND | | | | | | | | | |
| 245. -TIAA-CREF REAL ESTATE | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 20 of 21

Name of Person Reporting

BEETLESTONE, WENDY

Date of Report

06/16/2014

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ WENDY BEETLESTONE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 605 | 858 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 8 | 247 | 530 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 575 | 807 |
| Real estate owned – see schedule | 1 | 250 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 300 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Hangley Aronchick capital account | | 34 | 758 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 575 | 807 |
| | | | | Net Worth | 9 | 862 | 339 |
| Total Assets | 10 | 438 | 146 | Total liabilities and net worth | 10 | 438 | 146 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |